UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO,       )<br>                                                          )<br>    Petitioner,                             )<br>                                                          )<br>    v.                                              )<br>                                                          )<br>WARDEN PAUL SHULTZ,              )<br>                                                          )<br>    Respondent.                           )<br>_____)  | 1:05-CV-0300 REC SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #12) |

   Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On June 6, 2005, respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:   July 6, 2005**                                         **/s/ Sandra M. Snyder**
23ehd0                                                              UNITED STATES MAGISTRATE JUDGE