# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PAUL SCHULTZ, Warden,<br><br>　　　　Respondent. | 1:05-CV-0300 REC SMS HC<br><br>ORDER GRANTING PETITIONER'S<br>MOTION FOR EXTENSION OF TIME<br>[Doc. #27]<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br>[Doc. #28] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 7, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed and judgment be entered. On September 29, 2005, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On October 13, 2005, Petitioner filed a motion requesting an extension of time to file a motion for reconsideration. On October 20, 2005, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,
the court may relieve a party or a party's legal representative from a final judgment,

order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner fails to meet this standard. Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's motion for an extension of time is GRANTED nunc pro tunc to October 20, 2005, and the Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

**Dated: November 15, 2005**       /s/ Robert E. Coyle
668554                             UNITED STATES DISTRICT JUDGE