# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL SCHULTZ, Warden,<br><br>    Respondent. | 1:05-CV-0300 REC SMS HC<br><br>ORDER DISMISSING MOTION FOR STATUS<br><br>[Doc. #32] |

Petitioner is a federal prisoner who filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On March 9, 2006, Petitioner filed a motion for status of the case and a motion to supplement. Petitioner is advised that the petition was dismissed and judgment was rendered on September 29, 2005. Petitioner's motion for reconsideration was denied on November 16, 2005. The case has been closed since that time.

Accordingly, Petitioner's motion for status and motion to supplement are hereby DISMISSED.

IT IS SO ORDERED.

**Dated:   March 9, 2006**                               /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE