# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VAATAUSILI MARK ALAIMALO, | ) | 1:05-CV-0300 REC SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING MOTION |
| | ) | |
| v. | ) | [Doc. #38] |
| | ) | |
| PAUL SCHULTZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 29, 2005, the District Court dismissed the petition and terminated the case in its entirety. Petitioner then filed a motion for reconsideration on October 20, 2005. The motion was denied on November 16, 2005. On December 12, 2005, Petitioner filed a motion to supplement the motion for reconsideration, and on March 9, 2006, he filed a motion for status of the case. The undersigned dismissed the motions to supplement and for status of the case on March 13, 2006, and reminded Petitioner that his case has been closed for nearly six months. Petitioner filed a notice of appeal on March 22, 2006, and the appeal was processed on March 27, 2006. The petition is currently pending on appeal to the Ninth Circuit Court of Appeals.

On March 30, 2006, Petitioner filed a pleading entitled "Motion to Submit (2) Two Missing Court's Motions." Petitioner has been repeatedly informed that his case was closed on September 29, 2005, yet Petitioner persists in attempting to litigate his case in this Court. As the petition is currently on appeal to the Ninth Circuit, Petitioner must seek relief in that forum. Petitioner is advised that future attempts to litigate the instant case in this Court such as the instant "Motion to Submit (2) Two Missing Court's Motions," absent authorization or instruction from the Ninth Circuit, will be summarily stricken, dismissed, or returned to Petitioner.

Accordingly, Petitioner's motion is hereby DISMISSED.

IT IS SO ORDERED.

**Dated: April 5, 2006**        **/s/ Sandra M. Snyder**
icido3        UNITED STATES MAGISTRATE JUDGE